In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00074-CR
_____

ANTHONY JOSEPH KELLY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 11-265675

## ORDER

In this appeal Anthony Jason Kelly contends the State withheld exculpatory information. *See Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963). Incorporated into his *Brady* issue is a due process complaint that the trial court abused its discretion by refusing to require the State to produce the written statement of Trooper Jarad Gray for *in camera* inspection by the trial court. The trial court's failure to require the State to produce a copy of the statement under

1

seal for inclusion in the appellate record prevents the proper presentation of the case to the Court of Appeals. *See* Tex. R. App. P. 44.4(a)(1).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the trial court to correct the error by directing the State to submit a copy of the statement under seal for review on appeal. *See* Tex. R. App. P. 44.4(b). A supplemental record containing a copy of the statement of Trooper Jarad Gray shall be sealed and filed with the Clerk of the Court of Appeals by June 17, 2013.

ORDER ENTERED May 16, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.